UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

**MOTION TO UNSEAL AND ORDER**

C.A. No. 07-141S

[Under Seal]

ALL FUNDS ON DEPOSIT IN ANY AND ALL )
U.S. INTERBANK ACCOUNTS MAINTAINED )
AT THE BANK OF CHINA LIMITED, )
NEW YORK BRANCH BY THE BANK OF )
CHINA, JILIN, CHINA UP TO AND )
INCLUDING THE AMOUNT OF $109,350 )
WHICH SUM REFLECTS THE AMOUNT OF )
CERTAIN FUNDS DEPOSITED INTO THE )
BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

## MOTION TO UNSEAL

Now comes the United States of America, by and through its attorneys, and moves that all of the documents filed in the within matter including the Verified Complaint for Forfeiture in Rem, Warrant of Arrest and Notice in Rem, Civil Cover Sheet, and Motion to Seal, including this motion and order, be unsealed by the Court. In support of its motion the Government states that the warrant of arrest in rem has been executed and there is no further need for the court-filed documents in this case to remain sealed. Also, it is necessary for the documents to be unsealed so that notice can be provided to those who may have an interest in the within matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

SO ORDERED:

David L. Martin
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
DATE: 5-2-07