AFFIDAVIT

I, Jason Simonian, being duly deposed and sworn, say:

1. I am a Special Agent with the United States Food and Drug Administration's Office of Criminal Investigation (FDA-OCI), and have been so employed since September of 1996. I was previously employed as a Special Agent of the United States Department of Labor for approximately 8 years. As an FDA-OCI Special Agent, I primarily conduct investigations into suspected violations of the Federal Food, Drug and Cosmetic Act. I have also been trained by the FDA-OCI in those various means and methods by which illegal drug traffickers obtain posses, transport, divert, and distribute controlled substances (such as anabolic steroids) and non-controlled prescription drugs (such as human Growth Hormone (hGH)). As part of my training from the FDA-OCI, I am aware of a variety of different methods in which drug traffickers and associates of drug traffickers utilize to send and receive payment for illicit drugs, oftentimes in violation of federal money laundering statutes. I have also received training from the FDA-OCI in the means and methods by which drug traffickers launder their drug trafficking proceeds so as to disguise the origin of said proceeds and make it appear as if those proceeds were obtained from legitimate and lawful source(s) of activity.

2. This affidavit is submitted in support of the Verified Complaint for Forfeiture In Rem for the following:

A. Funds and financial instruments deposited or credited to any account, or any correspondent account, maintained at the Standard Chartered Bank New York Branch by the Standard Chartered Bank not to exceed $3,216,294.55.

EXHIBIT A

B. Funds and financial instruments deposited or credited to account number 7001-1000012-000-001 or any other correspondent account maintained at the Bank of China Limited, New York Branch by the Bank of China not to exceed $191,041.00.

3. The United States Government, including the FDA-OCI, Drug Enforcement Administration (DEA), United States Postal Inspection Service (USPIS), Immigration and Customs Enforcement (ICE), and Internal Revenue Service-Criminal Investigation Division (IRS-CID) are conducting a criminal investigation in connection with a scheme or schemes to buy/sell anabolic steroids and hGH via the internet. For the reasons stated below in this affidavit, I believe there is probable cause to believe the bank accounts, referred to in paragraph 14 below, have received proceeds from the illicit trafficking of (hGH) in violation of 21 U.S.C. § 333(e) the knowing distribution, or possession with intent to distribute, of hGH for any use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services (HHS) and pursuant to the order of a physician; conspiracy in violation of 18 U.S.C. § 371 and 21 U.S.C. § 333 (e) to knowingly distribute or possess with intent to distribute hGH; smuggling in violation of 18 U.S.C. § 545, the knowing importation into the United States, of any merchandise contrary to law; and violations of 18 U.S.C. § 1956 money laundering. These accounts are located in banks in the United Kingdom and China which have branches and correspondent accounts in the United States that are referred to in paragraph 2 above.

4. There is no approved drug application for any hGH drug product held by Genescience Pharmaceutical Co., Ltd., 1 Renmin Street, Changchun, 130012, Changchun Jilin Province, China, (hereafter referred to as GPC), in the Peoples Republic of China. Additionally, the Health and Human Services/Food and Drug Administration has not approved hGH manufactured in or imported from China for lawful use in the United States.

5. As part of this investigation, agents have utilized a Confidential Source, hereafter referred to as CS, located in Rhode Island. In May of 2005, agents initiated an investigation on an anabolic steroid/hGH trafficker, now acting as the CS in this investigation. Several search and seizure warrants, related to the CS, were executed in September of 2006 in Rhode Island, whereby agents seized quantities of anabolic steroids, hGH, and large amounts of currency. The CS admitted to trafficking anabolic steroids, hGH, and other prescription drugs using the internet as his/her (CS) primary means of communication. The CS has no known prior arrests or convictions for any crime. The CS has been made aware of potential criminal charges against the CS, involving this investigation. No promises have been made to the CS, other than agents will inform the appropriate prosecutor of his/her (CS) assistance in this investigation. Some assets and currency previously seized by the Government from the CS have been and may be returned in the future to the CS. The CS has never been known to lie to agents and has provided reliable information in the past aiding in the identification of suspects in this investigation and the arrest of one individual in conjunction with the seizure of a suspected clandestine anabolic steroid laboratory.

6. In September of 2006, the CS informed agents about one of his/her (CS) sources for hGH (including the brand name hGH, "Jintropin"), known to the CS as Mamta (a/k/a Ander Jaa, a/k/a Anderson Jefferson). The CS acted as a "remailer" for Jaa prior to his/her (CS) cooperation with the government. I know the term "remailer" is used in the drug trafficking trade to describe an individual who receives and subsequently mails illegal drug packages at the behest of the primary drug trafficker. This serves the purpose of shielding the primary drug trafficker from law enforcement scrutiny in the event of a seizure.

7. On February 13, 2006, several months prior to the CS's cooperation with law enforcement, a federal search warrant was executed on the Internet Service Provider (ISP) Yahoo.com and revealed numerous e-mail communications to include conversations between the known e-mail address utilized by the CS and Mamta1001@yahoo.com (known e-mail address utilized by Ander Jaa, a/k/a Anderson Jefferson, hereafter referred to as Jaa). On or about January 25, 2006, the CS wrote to Jaa via e-mail, "Both out bro, I'm attaching the latest XL. Peace ...." I have reviewed a spreadsheet attached to this e-mail that included approximately five hundred and seventy-one transactions. The headings for these transactions included, "Date," "No. of kits" "Name," "cost of kit," "type of gh," "remailing charges," "Freight," "Tracking No," "Total of GH Cost," "Total kits remailed," "Total Remailing Fees," "Items received for remail money," "Cost of Items," "Total cost of Credits," and "Balance of remail." The CS eventually confirmed that this spreadsheet was a ledger which indicated the amounts of hGH the CS "remailed" at the direction of Jaa. The CS further confirmed that Jaa compensated the CS with anabolic steroids and hGH

in lieu of currency to "remail" hGH, including the brand name Jintropin. The CS also confirmed that Jaa would direct bank transfers by the CS to an account held in the name of the Hunan Helison Material Trade Company maintained at the Agricultural Bank of China.

I believe, based upon my training and experience, that the CS's purported relationship with Jaa is corroborated by this and other e-mail communications obtained by the above mentioned search warrant, prior to the CS's cooperation with law enforcement. I further believe this demonstrates a relationship between GPC and international clandestine drug trafficking.

8. Jintropin is the brand name of the hGH, Somatropin[1], manufactured by GPC in the People's Republic of China. I have reviewed the web-site, "www.gensci-china.com," the purported web-site for GPC. The web-site claims GPC is one of the largest biopharmaceutical companies in China. In 2002, its recombinant human Growth Hormone, Jintropin, captured about 67% of China's human growth hormone market. The web-site also provided e-mail address jintropin2005@yahoo.com for contact information.

9. According to the Treasury Enforcement Communication (TECS) computer database, Customs and Border Protection (CBP) intercepted parcels in the past which contained suspected Jintropin, destined to individuals within the United States. On May 17, 2006, The Food and Drug Administration (FDA) issued a revised import alert (Import alert IA66-57) titled "Detention without physical examination of foreign unapproved prescription drugs." The alert was in

[1] Human growth hormone is defined in 21 U.S.C. § 333 (e) (4). As used in this subsection the term "human growth hormone" means somatrem, somatropin, or an analogue of either of them.

response to FDA "observing an increase in the promotion and importation of unapproved prescription drugs of foreign origin." FDA further states "unapproved prescription drugs present serious safety and effectiveness concerns. Moreover, approved U.S. versions of these drugs are available." The alert called for the seizure of all drugs entering the United States from companies identified on the alert. Included on the list was "Jintropin" produced by GPC. On January 17, 2007, FDA issued another import alert (Import alert 66-71 "Detention without physical examination of human Growth Hormone"). In that alert, issued in part as a response to the escalating illicit US market for hGH, FDA wrote, in part, "hGH has important benefits but also serious known risks. Among the possible long term side effects of hGH is an increased risk of cancer, and other dangerous side effects have been reported, including nerve pain and elevated cholesterol and glucose levels. For this reason, hGH is carefully regulated in the US. The cost of approved hGH products is high averaging several hundred dollars per dose. Because of this high cost hGH drugs have been counterfeited and unapproved hGH products are offered for sale to US consumers."

10. In September of 2006, agents directed the CS to contact GPC at the e-mail address, jintropin2005@yahoo.com utilizing an undercover e-mail address from the ISP cyber-rights.net and to obtain bank account information in order to send money for the purchase of hGH. The CS reported to agents that the CS made initial contact with an individual, purported to be "Jack Edwards." The CS utilized the e-mail address thescorpionking@cyber-rights.net and contacted Edwards, using e-mail address jintropin2005@yahoo.com. The CS provided the following e-mail conversation to agents between the CS and Edwards:

**CS:** Hi, I found your website online and would like to order some Growth hormone from you. Im located inside the USA. Do you guys ship to the US from China? If yes I'd like to get 1500IU's of Jintropin GH. I heard dealing with Gensci directly ends up being cheaper for my personal GH use and for a few kits for my friends. Let me know further info. Goodnight.

**Edwards:** Hi, Thanks for your interest in Jintropin. If you are satisfied with our service, please pass the word around. Please be noted that genitropin (sell by Progeni) and hgh sold at www.ammetals.com Email:minmetals_anhui@hotmail.com. are all fake hgh. We mainly sale 10 vials of 10 IU (without water for injection) kit. Our price is $27/10IU vial, shipping is additional, we normally ship it by UPS. DHL and TNT. Our normal minimum order is 500IU. If you are frequent buyer of our Jintropin, we highly recommend you to join in our 100% guarantee delivery insurance program. In this program you add $3/vial for each shipping, In case of package loss, we will reship it for free. We guarantee 100% delivery. If you decide to join the program, total payment for 500IU is $1580. We take payment by bank wiring or western union. Pleas try western union transfer service(not money order) to the following account: FIRST NAME; DePing LAST NAME; Dong ACCOUNT CITY: Shanghai, China Please e-mail us the transfer code, name used for the WU transfer, your address and phone for us to get the payment and make the delivery. Western Union transfer takes only one day and we shall be able to make the delivery next day. If you order 1500IU, total would be $4200. jack

**CS:** Very good Jack. Give me about a week or so to come up with the money and then I'll do a bank wire transfer to your account. Thank you for your help.

**Edwards:** Please wire your payment to the following account:

BENEFICARY~{!~}S NAME: QINBA INTERNATIONAL LIMITED

BANK NAME: Standard Chartered Bank Shenzhen Br.

UNIT 1-8, 52F, SHUN HING SQUARE DI WANG

COMMERCIAL CENTRE

NO.5002 SHENNAN ROAD EAST

SHENZHEN, CHINA 518008

SWIFT CODE: SCBLCNSXSHZ

BENEFICIARY~{!/~} S A/C NO: 3652390411

The bank wiring normally takes about 5 days to get to our account. Please e-mail us the exact name you used to make the payment, exact amount of payment made, your address and phone for us to track payment and for delivery. We will then make the delivery. The delivery time normally is about 5 days.

CS: Sounds good. Sorry about all the questions, this is the first time Im ordering from you guys. I have a USPS PO Box address that I want the package shipped to. Is it possible you send the pack out with USPS express instead of UPS, or TNT service. Cause those couriers will not deliver to my P.O. Box. Thank you

Edwards: Hi, whether you can use P.O. Box has to depend on where you live. Please let us know. Jack

CS: I live in Rhode Island on the east coast. Thanks.

11. Based upon my training and experience, I believe the CS indicated in the above e-mail conversation, that the hGH was to be used for the CS and the CS's "friends'" personal use. As stated previously in paragraph 4, there is no approved drug application for any hGH drug product held by GPC in the Peoples Republic of China, yet Edwards provided indications he would knowingly provide hGH for human consumption in violation of the law. The CS also indicated the hGH was to be shipped into the United States, confirmed when Edwards replied to the CS's question, "Do you guys ship to the US from China?" As also stated in paragraph 4, FDA has not approved hGH manufactured in, or imported from China for lawful use in the United States. Edwards offers insurance to reimburse it's customers in the event of parcel loss. I believe, based upon my training and experience, this loss would include the law enforcement seizure of parcels. Most common carriers such as United Parcel Service (UPS) offer insurance for the

loss or damage of packages and their contents. In this case, the illegal contents (hGH) would be uninsurable by commercial carrier. As stated in paragraph 9 above, an import alert calling for the seizure of all drugs entering the United States from those companies (identified on the alert) was issued in May of 2006. Included on the list was "Jintropin" produced by GPC. Edwards requested payment to a bank account held in the name of "Qinba International Limited" or Western Union recipient in the name of "DePing Dong." I know, based upon my training and experience, drug traffickers typically receive payment in illegitimate names or actual corporate entities, in this case "Deping Dong" or "Qinba International Limited." This is done in an effort to thwart law enforcement's ability to trace and seize illegitimate funds. For example, in paragraph seven (7) the CS reported Jaa would direct the CS to bank transfer money to an account held in the name of "Hunan Helison Material Trade Company" for payment of anabolic steroids and hGH. Jaa also directed the CS to transfer money, via Western Union, to several different names in Pakistan and China for payment for anabolic steroids and hGH.

12. On November 14, 2006, United States Magistrate Judge Lincoln D. Almond, issued a search warrant for the records and other information and contents of wire or electronic communications pertaining to the e-mail jintropin2005@yahoo.com held by Yahoo. This search warrant was executed by agents on or about November 15, 2006 and revealed numerous e-mail communications to and from, "Jack Edwards" a/k/a "John," hereafter referred to as Edwards, and his purported assistant, "Sophia." Edwards and Sophia communicated with individuals in several countries, including the United States.

I believe based upon my training and experience, the majority if not all of these e-mails are related to the illicit distribution and smuggling of hGH into countries, including the United States. For example:

A. On or about April 23, 2006, Edwards, using the e-mail address jintropin2005@yahoo.com, wrote to an individual, using the e-mail address barran1@hotmail.co.uk, "HI, If you want 1000IU of 4IU, the best would be $3000 including all the cost. What do you mean you don't want insurance because you are in New York? To ship to new york is not legal and could be confiscated. We made a lot of shipping to New York and seizure rate is no difference than other part of the world. Jack." Based upon my training and experience, I believe Edwards is providing the recipient of this e-mail a price to ship hGH into the United States. Edwards is acknowledging it is illegal to import hGH into the United States and is recommending the recipient utilize GPC's insurance program in the event the hGH is seized by law enforcement.

B. On or about January 16, 2006, using e-mail address jintropin2005@yahoo.com, Edwards wrote to an individual, using e-mail address pharm1@cyber-rights.net, "From now on please only contact us via luispower88@yahoo.com. US custom is tighten control, you should stop email directly to gensci anymore and delete all your record. Thanks. John." Based upon my training and experience I believe Edwards is instructing the GPC customer to utilize e-mail address luispower88@yahoo.com when ordering hGH from GPC. Edwards is instructing United States customers to utilize this e-mail to contact him (Edwards) in an effort to thwart law enforcement investigations. I have observed other e-mails whereby Edwards is instructing individuals to

contact e-mail address luispower88@yahoo.com in lieu of e-mail address jintropin2005@yahoo.com.

13. On or about December 19, 2006, a search warrant was issued by Magistrate Judge David L. Martin in the United States District of Rhode Island for records and other information and contents of wire or electronic communications pertaining to e-mail address luispower88@yahoo.com held by Yahoo. The search warrant was executed by agents on or about December 19, 2006. I have reviewed numerous e-mail communications and believe Edwards and Sophia utilize luispower88@yahoo.com to communicate with customers, including customers within the United States. In some of the e-mail communications customers refer to Edwards as "Luis", but most refer to Edwards as "Jack or John." I believe, based upon my training and experience these e-mails are related to the illicit distribution and smuggling of hGH into countries, including the United States, and that, therefore, all of the proceeds referenced in this affidavit are from the sale of Jintropin hGH. I further believe, based upon a review of the e-mails reviewed in this investigation that hGH is the only product sold by GPC. For instance, I have reviewed an e-mail dated May 15, 2006, from "Jack Edwards" at Jintropin2005@yahoo.com to "Thomas Noname" at fighting_dream _2@hotmail .com. The e-mail was written subsequent to "Noname" inquiring if Edwards' company provided steroids. In his response Edwards wrote, "Sorry, we don't sale steroid hormone. We only supply jintropin hGH."

14. Agents analyzing data obtained from the above indicated search warrants have observed that there are five separate bank accounts utilized by Edwards and Sophia to receive payment for hGH. Agents obtained wire transfer

records from the Federal Reserve Bank in New York (hereafter referred to as FRB) and the Clearing House Company, LLC (hereafter referred to as CHC) detailing Bank to Bank currency transfers originating from the United States or other countries and deposited into one of the five accounts. The five bank accounts are: account number 4724310411, held in the name of Swiss Development Limited, at the Standard Chartered Bank, Shenzen Branch, 2/F Hoi Yin, Commercial Building, Jia Bin Road, Shenzen Guangdong Province, China (this bank's headquarters is in the United Kingdom) (hereafter referred to as Account 1); account number 3652390411, held in the name of Qinba International Limited, at the Standard Chartered Bank (hereafter referred to as Account 2); account number 211266014020013034, held in the name of Yujun Zhao at the Bank of China, Limited, 1 Fuxingmen Nei Dajie, Beijing, China, (hereafter referred to as Account 3); account number OSA 11443633005480, held in the name of Genformx Limited, at the Shanghai Pudong Development Bank (hereafter referred to as Account 4); and account number 812000638508091001, held in the name of Genescience Pharmaceuticals Co., Limited at the Bank of China, Limited (hereafter referred to as Account 5). Account 5 was identified by reviewing e-mail communications between Mamta1001@yahoo.com and webmaster@gensci-china.com. For example: mamta1001@yahoo.com e-mailed webmaster@gensci-china.com stating, "I would like to enquire about your prices on igf-1 and jintropin.. Please give me the prices on these as i am interested in buying your products. Thanks Anderson...." webmaster@gensci-china.com later replied, "Hello : Thank you for your letter. Our quote price is Jintripin $9/4IU , $18/10IU and $32/18IU.IGF-1 $50/mg,but

shipping charges are additional. Delivery will be done as soon as we receive your payment. please wire your money to: Beneficiary Account Information (Account Number alteration)Account Number: 812000638508091001 ABA Routing Code (dom wires)Swift Address ( Int'l wires) BKCHCNBJ85A Account type (check one): ___Checking ___Savings ___Money Market Name on Account: Genescience Pharmaceuticals Co., Limited Bank Name: Bank of China Changchun Xi';andalu Sub-branch City: Changchun State/Country: China We make delivery by Fedex or EMS, mostly by EMS.If you are interested, please send your detail mailing information, including telephone and fax number. Thank you for your order. Regards, Lily." I believe based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications, GPC is the direct source of Jintropin used by Jaa, and Account 5 is also utilized to receive payment for hGH by GPC.

15. Records obtained from FRB and CHC revealed thirty-four (34) bank transfers totaling $317,243.36 from on or about March 9, 2005 to on or about February 27, 2006. The transfers originated from an account, held in the name of Alpine Industries, at the Global Bank of Commerce in the country of Belize and were deposited into Account 1. Records obtained from FRB and CHC further revealed twenty-four (24) bank transfers totaling $532,357.00 from on or about March 23, 2006 to on or about March 21, 2007. The transfers originated from an account held in the name of Alpine Industries International Inc. in the country of Panama and were deposited into Account 1. Records obtained from Wells Fargo Bank regarding account number 550-8091161, held in the name of Bradley C. Blum/North America Genescience-GF, revealed twenty-seven (27) transfers

totaling $863,534.99 from on or about August 25, 2005 to on or about December 6, 2006. The transfers were deposited into Account 1. Agents assigned to this investigation determined the twenty-seven transfers did not appear on records obtained from FRB and CHC. I observed numerous e-mails to and from Sophia and Edwards with an individual I believe to be Bradley C. Blum (using various e-mail addresses), hereafter referred to as Blum. Based upon e-mails and conversations with other agents, I believe Blum is a large-scale distributor of hGH, who is knowingly conspiring with Edwards and Sophia to illegally sell and import hGH into the United States. I further believe, based upon my review of e-mails and conversations with other agents, Blum exercises ownership or control of the website www.hgh-for-less.com. I logged onto this web-site and observed Jintropin is offered for sale. I further observed www.hgh-for-less.com is listed on www.gensci-china.com (Purported as GPC's official website) as an "official distributor" of GPC products. I believe, based upon my training and experience, conversations with other agents, and a review of e-mail communications in this investigation, the transfers constitute all or in part the proceeds of hGH trafficking. For example:

A. On or about January 3, 2006, utilizing e-mail address, hgh-for-less@hushmail.com, Blum e-mailed Edwards at jintropin2005@yahoo.com, "Hello John, Here is the shipping schedule for 1-3-06. 1. Rich Onorato 4413 hunting trail Lake Worth, FL 33467 USA Please ship 600 iu's [6-100iu packs] With insurance 2. Anker Fanoe 4273 Winding Woods Wa;y Fair Oaks, CA 95628 USA Please ship 1000iu's [10-100iu packs] With insurance Thanks, Brad." Based upon my training and experience, conversations with other agents, and a

review of this and other e-mail correspondence in this investigation, I believe Blum is instructing Edwards to ship sixteen hundred international units of hGH to two customers within the United States.

B. On or about January 8, 2006, utilizing e-mail address, hgh-for-less@hushmail.com, Blum e-mailed Edwards at jintropin2005@yahoo.com, "Hello John Here is the money wore for 1-8-06. 1. Sender: Nic Cangalamia Receiver: Jumei Yu MTCN:198-011-5318 Amount: $2410 2. Global Bank Belize Apline industries Amount: $2835 Thanks, Brad." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail correspondence in this investigation, I believe Blum indicated a partial payment for previous orders of hGH would be sent via Western Union to recipient, "Jumei Yu." The balance would be transferred from Blum's Bank account held in the name of Alpine Industries located at the Global Bank in Belize. I further believe Blum's utilization of an off shore bank account is an attempt to conceal funds in violation of United States money laundering statutes. Blum does this in order to thwart law enforcement's ability to track and seize proceeds of hGH trafficking. In this case, Blum may not be aware the transfers are being reported to FRB and/or CHC and are traceable by United States law enforcement.

C. On or about August 24, 2005, utilizing e-mail address jintropin2005@yahoo.com , Sophia e-mailed Blum at brad@gensci-northamerica.com, "hello; we havn't received below two transfer; 1; 8-09 Global Bank Alpine Industries, Belize Date Sent: 8-9-05 Amount: $3600 2; Sender: Brad Blum Wells Fargo Bank Amount: $5000 please confirm with your bank . we send

the excel of your payment, please review. Sophia" Based upon my training and experience, conversations with other agents, and a review of this and other e-mail correspondence in this investigation, I believe Sophia is telling Blum she did not receive a money transfer for the payment of hGH from two of Blum's bank accounts.

D. On or about March 9, 2006, utilizing e-mail address hgh-for-less@hushmail.com, Blum e-mailed Sophia at luispower88@yahoo.com, "Hello Sophia, Here is the money wire for 3-9-06 1. Sender: Alpine Industries/ Jintropindirect Bank in Panama Amount: $22,505.00 Thanks, Brad." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail correspondence in this investigation, I believe Blum is telling Sophia he (Blum) wire transferred $22,505.00 from his account in Panama. As previously indicated in paragraph 15 B above, I believe Blum's utilization of an off shore bank account (this time in the country Panama) is an attempt to conceal funds in violation of United States money laundering statutes.

E. On or about December 3, 2006, utilizing e-mail address hgh-for-less@hushmail.com, Blum e-mailed Sophia at luispower88@yahoo.com. The e-mail message included the following statement, "Hello Sophia, Below is 3 orders that were stopped please reship as soon as possible. 1. This package is held by DEA in California." Blum, in this e-mail communication, then identifies three deliveries that were seized by United States law enforcement. Based upon my training and experience, conversations with other agents, and review of this and other e-mail communications in this investigation, I believe this e-mail demonstrates knowledge of illegality on the part of Blum. Knowing deliveries

were seized by law enforcement, Blum requests Edwards and Sophia to honor the insurance and again attempt to smuggle drugs into the United States at no cost to Blum or Blum's customers.

16. Records obtained from FRB and CHC revealed six (6) transfers totaling $8,870.00 from on or about July 20, 2004 to on or about April 13, 2006. These transfers originated from an account held in the name of Alan J Lobel of 13241 Wittmore Circle, Dallas, Texas and 5720 LBJ Freeway, Suite 150, Dallas, Texas and were deposited into either Account 1 or Account 3. I observed an e-mail communication dated on or about February 7, 2006 from luispower88@yahoo.com to ALANLOBEL@bigplanet.com, "hello; BY DHL: 3311296940 5 kits of 100 iu to; BioEnergetic HealthCare Dr. Alan Lobel 5720 LBJ Freeway Suite 150 Dallas, Texas 75240 USA." Based on my training and experience, conversations with other agents, and a review of this e-mail and other e-mails in this investigation, I believe in the above e-mail communication, Edwards and/or Sophia are confirming five hundred international units of hGH were shipped to an address within the United States. I believe, based upon this and other e-mails in this investigation, the "Alan Lobel" mentioned in the bank transfers is the same "Alan Lobel" in the e-mail communications. Based upon this, the bank transfers constitute all or in part the proceeds of hGH trafficking.

17. Records obtained from FRB and CHC revealed from on or about July 13, 2005 to January 12, 2007 approximately twenty-four (24) transfers totaling $119,100.00. The transfers originated from an account held in the name of Fitness Consultants of 2703 Villa Del, Sugarland, Texas and were deposited into Account 1. I have observed e-mail correspondence between Edwards and/or

Sophia with an individual, I believe to be Brock Falkenhagen, a United States based hGH trafficker, using e-mail address bfocker@hotmail.com. For examples:

A. On or about November 13, 2005, bfocker1@htmail.com e-mailed Edwards at jintropin2005@yahoo.com, "Can you ship 20-100iu kits per package on my next order?, or will that cause trouble at customs Brock" On or about November 13, 2005, Edwards responded to bfocker1@hotmail.com, "HI, Package size is very important, the smaller the better. The largest we can do would be 10 100IU kits for each shipping. Or we can ship 10 200IU jintropin kit, but this would be without water for injection. I assume you won't like it." I believe, based upon my training and experience, conversations with other agents, and an analysis of this and other e-mails in this investigation, Edwards and Falkenhagen, are discussing the relevance of parcel size to avoid potential seizure by United States law enforcement. I further believe that both parties in this e-mail are acknowledging the illegalities of their actions.

B. On or about January 9, 2006, Falkenhagen e-mails Edwards, "The wire transfer is complete for: $8400.00 Number of kits ordered: 40 kits Wire Reference Number: 001045 The wire will be from Brock Falkenhagen/Fitness Consultants (they are the same acct.) Please use these two addresses:" Falkenhagen provides Edwards with names and destination addresses in the United States. Based upon my training and experience, conversations with other agents, and a review of these and other e-mail communications in this investigation, I believe the bank transfers constitute all or in part the proceeds of hGH trafficking.

18. Records obtained from FRB and CHC revealed two (2)bank transfers, originating from an account in the name of Americas Americas Inc. dba Flags on Cars totaling $4,810.00, the transfers were deposited into Account 1 on or about December 6, 2005 and on or about January 12, 2006. I reviewed e-mail communications between Edwards and an individual, identifying himself as David Garcia, hereafter referred to as Garcia. I believe based upon my analysis of numerous e-mail communications in this investigation, Garcia is a major distributor of hGH and utilizing web-site www.jintropin.cn to market/sell hGH to customers in several countries including the United States. www.jintropin.cn is listed as an official distributor for GPC on the web-site www.gensci-china.com. I believe, based upon my analysis of e-mail communications in this investigation and conversations with other agents, Garcia utilizes several e-mail accounts, including darkosavic@yahoo.com, ticketsystem@jintropin.cn, and gensci3@gmail.com to communicate with Edwards and/or Sophia. I believe based upon my training and experience Robert Real of 13414 South West 128th Street, Miami, Florida is a customer of Garcia and Garcia directs Edwards and/or Sophia to send Jintropin to an address specified by the customer. Garcia directs Real to send bank to bank transfers to accounts specified by Edwards and/or Sophia. Garcia likely profits from the transaction, in the form of commission or credit for future orders. For example, on or about January 15, 2006, Garcia sent an e-mail from darkosavic@yahoo.com to luispower88@yahoo.com, " Hello, another one. This one was sent by wire transfer: bank: SunTrust in Miami, USA amount: $3200 sender: Robert Real product: 1000iu Jintropin shipping address: Robert Real 13414 SW 128th ST Miami, Florida, 33186 USA Regards, David

Garcia. I believe Garcia is telling Edwards and/or Sophia his customer (Robert Real) has transferred $3,200.00 to Account 1 for payment of one thousand international units of Jintropin, to be shipped into the United States by Edwards and/or Sophia. I believe the transfers represent all or in part the proceeds of hGH trafficking

19. Records obtained from FRB and CHC revealed four (4) bank transfers totaling $9,732.00, from October 3, 2006 to on or about November 17, 2006. The transfers originated from an account in the name of Anthony Schuler of 822 Hamilton Street, Suite 202, Allentown, Pennsylvania and were deposited into Account 1. I reviewed an e-mail communication sent by Blum on or about December 3, 2006 to luispower88@yahoo.com. Blum advised Sophia a package was "held by DEA in California. In this e-mail, Blum writes, "Please reship this order to: Anthony Schuler 822 Hamilton Street Suite #202 Allentown PA 18101. Based upon my training and experience, conversations with other agents, and a review of this e-mail and others related to this investigation, I believe Anthony Schuler is a customer of Blum's and Blum is requesting a previously seized shipment of one thousand international units of hGH be re-shipped to Schuler. I believe all the transfers mentioned in this paragraph constitute all or in part the proceeds of hGH trafficking. According to the Treasury Enforcement Communication System (TECS), Anthony Schuler, at the above indicated address, was the addressee of a parcel seized by Customs and Border Protection (CBP) inspectors on or about November 15, 2006 and found to contain hGH.

20. Records obtained from FRB and CHC revealed three (3) bank transfers originating from an account in the name of ARJO LLC/Vincent Difabbio of 5901 East Campo Bello Drive, Scottsdale, Arizona and 6733 East Phelps Road, Scottsdale, Arizona, on or about September 19, 2005 to on or about November 16, 2006. The transfers were deposited into Account 1 and totaled $6,287.00. From on or about January 23, 2006 to on or about November 16, 2006, an individual (identifying himself as "Adam") using e-mail address jintropinonline@yahoo.co.nz, e-mailed luispower88@yahoo.com. I believe, based upon my review of e-mail communications in this investigation, Adam is the owner/controller of web-site www.jintropinonline.com, an "official distributor" of GPC products, on website www.gensci-china.com . Adam wrote, "Hi there, We think the following package has been seized by customs: DHL: 1223266822 700IU Vincent Difabbio 2210 E. Rose Garden Loop Phoenix AZ 85024 USA It has been with customs for one week now. Could you ship a replacement? Thank you, Adam." Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe Adam is a major distributor for GPC, who is knowingly conspiring with Edwards and/or Sophia to illegally sell and import Jintropin into the United States. I further believe Adam utilizes the web-site www.jintropinonline.com to market and sell hGH, including to customers within the United States. I believe the bank transfers represent all or in part the proceeds of hGH trafficking.

21. Records obtained from FRB and CHC revealed seven (7) bank transfers totaling $20,210.00 from on or about May 13, 2005 to on or about January 22, 2007. The transfers originated from an account in the name of

Gregory B Phillips of 14350 US Highway 72, Athens, Alabama and were deposited into either Account 1or Account 2. I reviewed an e-mail from greg_phillips@charter.net to jintropin2005@yahoo.com, "hi this is greg Phillips please give me a price on 1200 iu of jintropin and information on bank wire greg_phillips@charter.net." Edwards and/or Sophia later respond, "hello; 6 kits of 100IU BY EMS EA574989387CN greg Phillips 14350 us hwy 72 Athens, AL 35611 USA." I believe Gregory Phillips is a customer of Sophia and/or Edwards importing hGH into the United States. Edwards and/or Sophia acknowledged six hundred international units of hGH were shipped to Phillips at the same address indicated on his bank account. Phillips indicated he was intending to pay by bank wire. I believe the transfers constitute all or in part the proceeds of hGH trafficking.

22. Records obtained from FRB and CHC revealed approximately nine (9) bank transfers totaling $45,805.00 to Account 1 between on or about August 18, 2005 to on or about March 28, 2007.The transfers originated from an account held in the name of Aubrey Wolf/Wolf Nutrition LLC of 11660 Westheimer Road Suite 107B, Houston, Texas and 1638 Ainsdale, Houston, Texas. I reviewed an e-mail communication sent from Ldistributing@hotmail.com to luispower88@yahoo.com "Wire transfer from Bank of America and Compass Bank were done in the A.M. on 1/26/06. Pleas confirm that payment has been received, as it has been 13 days since transfer was sent. Thanks." John and/or Sophia respond, "hello; BY DHL 3314499300 10 KITS OF 100 IU TO Jack Henry 1638 Ainsdale Dr. Houston, TX. 77077 USA." Based upon my training and experience, conversations with other agents, and a review of this and other e-

mail communications in this investigation, I believe the transfers represent all or in part the proceeds of hGH trafficking. Aubrey Wolf of 1638 Ainsdale, Houston, Texas is the subject of a TECS entry and identified as being allegedly involved in the sale/distribution of steroids and Growth Hormone from his business, "Nutrition on Sale." This TECS entry further corroborates the above transfers represent all or in part the proceeds of hGH trafficking.

23. Records obtained from FRB and CHC revealed approximately six (6) bank transfers totaling $205,160.00 to Account 1 between on or about July 6, 2004 to on or about October 26, 2004. The transfers originated from an account held in the name of Blue Moon Jewelry LLC of 240 West 73rd Street, New York, New York. I have reviewed an e-mail sent from jintropin2005@yahoo.com to bwainstein@genxxl.com , "hello; we have sent you email about tracking number yesterday. BY EMS EA587964826CN 11 KITS OF 100 IU TO RONI COHEN 545 8th ave. #401 box number : M276 New York, NY 10018 USA." I have reviewed a Report of Investigation, written by a NY based DEA agent. On January 7, 2005, a Confidential Source (CS) reported Ilan Cohen was a source of supply for steroids for the CS. The report also indicated one of Cohen's addresses was 240 West 73rd Street, New York, New York. I know, based upon my training and experience, traffickers of anabolic steroids routinely sell other drugs such as hGH. I believe the six transfers represent all or in part the proceeds of hGH trafficking.

24. Records obtained from FRB and CHC revealed five (5) bank transfers totaling $12,555.00 originating from an account held in the name of CGIA INC of 1411 West Fourteen Mile Road, Madison Heights, MI from on or about July 13,

2004 to on or about May 17, 2005. The transfers were deposited into either Account 1or Account 3. TECS records revealed Bahige Chaaban was the owner of Fitness One, a nutrition store under the organizational name CGIA Inc, located at 1411 West Fourteen Mile, Madison Heights, MI. I believe, the name, "Fitness One" implies this company is in the business of body-building. I know based upon my training and experience hGH is often utilized in the body-building community in conjunction with or in substitution of anabolic steroids. I believe the transfers constitute all or in part the proceeds of hGH trafficking.

25. Records obtained from FRB and CHC revealed two (2) bank transfers totaling $6,260.00. The transfers originated from an account held in the name of Charles Michael Jowers of 170 Brooksboro Terrace, Nashville, Tennessee on or about January 10, 2006 and on or about February 13, 2006 and deposited into Account 1. I have reviewed an e-mail sent from thechamp@keptprivate.com to luispower88@yahoo.com that included the statement, "please ship the 10 kits by TNT please this is the address to ship ... beth cain 170 brooksboro terrace Nashville, Tn. 37217." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Jowers is a customer of Edwards and/or Sophia and the transfers constitute all or in part the proceeds of hGH trafficking.

26. Records obtained from FRB and CHC revealed one (1) bank transfer for $1,650.00 occurring on or about January 13, 2006. The transfer originated from an account held in the name of Harold A Christy of 1648 Taylor Rd., #160, Port Orange, Florida and deposited into Account 1. I reviewed an e-mail sent on or about January 23, 2006 from darkosavic@yahoo.com (previously referred to

as David Garcia) to luispower88@yahoo.com, "here are all my orders for this month. Please tell me which ones are missing:" Garcia later writes, "$1650 – Harold Christy – 500IU Jintropin – 14.1.2006." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mails, Harold Christy is the recipient of five hundred international units of hGH and the transfer constitutes all or in part the proceeds of hGH trafficking.

27. Records obtained from FRB and CHC revealed one (1) bank transfer totaling $2,140.00. The transfer originated from an account held in the name of Isaac Cohen of PO Box 85058, Hallandale, Florida and was deposited into Account 1 on or about July 19, 2005. I reviewed an ACCURINT record (Online service provides on-line access to information from selected states about real and personal property assets) confirming an individual named Isaac Cohen was associated with P.O. Box 85058. The same Isaac Cohen maintained an address in North Miami, Florida. TECS records revealed an Isaac Cohen, of no specific address in North Miami, Florida, is being investigated by ICE as a retail/wholesale distributor of amphetamine. I believe, based upon my training and experience, and conversations with other agents, the Isaac Cohen referred in the bank transfer is likely the same Isaac Cohen being investigated by ICE.. I know amphetamines are illicitly used by some in the body-building community to stimulate a more intensive exercise regiment and compliment the illicit use of hGH. Based upon this fact, I believe the bank transfer constitutes all or in part the proceeds of hGH trafficking.

28. Records obtained from FRB and CHC revealed three (3) bank transfers totaling $11,358.00 from on or about May 23, 2006 to October 12,

2005. The transfers originated from an account held in the name of Heidi Persson of PO Box 697, Hoquiam, Washington and were deposited into Account 1. I have reviewed an e-mail from jintropin2005@yahoo.com to Andrew@simpson9660.freeserve.co.uk sent on or about June 7, 2006, including the following statement, "HELLO, 10 KITS OF 100 IU TO HEIDI PERSSON 1104 3rd Street Cosmopolis WA 98537 USA." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, Andrew Simpson is a distributor of hGH and Heidi Persson is an hGH customer of Simpson. Edwards and/or Sophia are confirming an order of hGH addressed to Heidi Persson was previously shipped into the United States. I believe the bank transfers constitute all or in part the proceeds of hGH trafficking.

29. Records obtained from FRB and CHC revealed two (2) bank transfers totaling $3,170.00 on or about August 21, 2006 and November 14, 2006. The transfers originated from an account held in the name of Irene T. Lehman of 6422 North East Place, Kenmore, Washington and were deposited into Account 1. DEA agents advised me that Kenneth Lehman of the above address was under investigation for allegedly being involved with distribution of steroids in March of 2005. Based upon my training and experience, conversations with other agents, and my review of e-mails regarding this investigation, I believe the bank transfers constitute all or in part the proceeds of hGH trafficking.

30. Records obtained from FRB and CHC revealed one (1) bank transfer totaling $1,600.00 on or about October 10, 2006. The transfer originated from an account held in the name of Holly Block of 323 La Paloma, Shell Beach,

California and was deposited into Account 1. I reviewed an e-mail sent from ticketsystem@jintropin.cn (an account I believe to be utilized by David Garcia) to luispower88@yahoo.com, "Hello, BANK: First Bank of St. Luis Obispo Sender: Holly M. Block Amount: 1600.0 Product (Number of IU): Jintropin(500 IU) Shipping address: Holly Block 323 La Paloma, Shell Beach, CA 93449 United States Phone: 805-773-1905." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Garcia requested John and/or Sophia to ship five hundred international units of Jintropin to an address in the United States and advised John and/or Sophia that a bank to bank transfer of $1,600.00 would be sent as payment for the Jintropin. I believe the bank transfer constitutes all or in part the proceeds of hGH trafficking.

31. Records obtained from FRB and CHC revealed two (2) bank transfers totaling $3,371.00 on or about November 21 2003 and January 12, 2004. The transfers originated from a bank account in the name of Brian Richard Birk of 2714 Rolling Meadows Drive, Naperville, Florida and were deposited to Account 3. DEA agents advised Brian Birk was the sender of a package seized and found to contain $2,100 on or about August 6, 2003, and also sent a wire transfer of $2,420.00 to China on or about June 21, 2005. I know, based upon my training and experience, drug traffickers oftentimes accept cash as payment for drugs. I further know drug traffickers commonly accept Western Union transfers as payment for drugs. I believe, based upon my training and experience, conversations with other agents, and a review of e-mails in this investigation, the Brian Birk referred to in this paragraph regarding the bank transfers is likely the

same Brian Birk being investigated by the DEA. I believe the bank transfers constitute all or in part the proceeds of hGH trafficking.

32. Records obtained from FRB and CHC revealed five (5) bank transfers totaling $218,400.00 on or about February 9, 2006 to on or about July 17, 2006. The transfers originated from an account held in the name of Extraworld International Limited (Extraworld), and were deposited into Account 1. Agents conducted internet queries of Extraworld, using web-based search engines. These searches revealed Extraworld is an export wholesale company and an internet shopping business. Research on Extraworld identifies a branch office called Extraworld International Ltd. USA, as the seller of general medical supplies, health supplements and medical instruments. Agents identified a website linked to Extraworld that sells an hGH product named "HGH Human Growth Agent." The website claims Extraworld International Ltd. USA sells the hGH product. Further inquiries using an internet search engine, revealed Extraworld Limited USA is associated with a company named Starline Herb Corporation, USA. Additionally, the website provides specific details regarding shipment of the hGH product to the United States. The site advises products shipped to the United States arrive on average within six (6) business days. I believe, based on the above, that a portion of the hGH trafficking occurs within the United States. Based upon my training and experience, conversations with other agents, a review of e-mails in this investigation, and research conducted on the internet, I believe the bank transfers all or in part constitute the proceeds of hGH trafficking.

33. Records from FRB and CHC revealed a bank transfer totaling $9,730.00 on or about November 14, 2005. The bank transfer originated from an account held in the name of EMAX Enterprises Limited of 7015 East Louisiana Avenue, Denver, Colorado at the HSBC Bank in Hong Kong to Account number 1. I have observed more than twenty-five e-mail communications between Jintropin2005@yahoo.com and an individual, identified as Robert Vernon from EMAX. I believe Vernon and Edwards discuss the establishment of a large-scale smuggling operation into Mexico for the distribution of Jintropin. Agents determined EMAX has offices in both Hong Kong and the United States. In an e-mail dated November 21, 2005, Robert Vernon writes in part, "We need to test our system of importation, including Customs clearance and receipt of our goods by our agent in Mexico City....it must be shipped in conformance with the permit information consignee needs to be Victory marketing." In another e-mail dated November 22, 2005, Robert Vernon writes in part, "We really do need to have goods held in Customs so we can use our permit to clear them for entry. That's the only way we can know if the process we are setting up will function for the future volume we tend to import." In a February 21, 2006 communication between luispower88@yahoo.com and Atlantis@eaglemed supply, "Luis" writes "OK, here is more information: 1. we have a people in Mexico can legally ship in large amount of jintropin. We used to have trouble to ship large amount of jintropin in mexico.2. Jintropin is not formally registered in Mexico yet, so you can't sell them openly in pharmacy, but you can sell them in a way as you are selling it now in the web. Please contact Bob at rdvernon@east-westpartners.com and tell him I asked you to contact him." I

have reviewed numerous e-mails sent by "eaglemedsupply" regarding the shipment of Jintropin to United States customers. "Eaglemedsupply" has been identified as a Mexican pharmacy operating an internet website which sells Jintropin. I believe, based on my training and experience, conversations with other agents, and e-mails reviewed in this investigation, the bank transfers constitute all or in part illicit hGH proceeds from sales in the United States.

34. Records from FRB and CHC revealed a total of $109,350.00 was transferred from on or about April 14, 2003 to on or about May 11, 2005 from various accounts within the United States to Account 5. Included in these transactions was one (1) bank transfer on or about May 11, 2005 sent from Robert D. Vernon of 7015 East Louisiana Avenue, Denver, Colorado. Based upon my training and experience, conversations with other agents, and a review of the e-mail communication in paragraph 33 and other e-mail communications in this investigation, I believe Robert D. Vernon is the same Robert D. Vernon as mentioned in paragraph 33. I further believe Account 5, bearing the name of "Genescience Pharmaceuticals Co. Ltd." is the GPC associated with Edwards and Sophia. Based upon the foregoing, it is likely all the bank transfers originating from the United States, mentioned in this paragraph, represent proceeds of hGH trafficking and monies laundered in the trafficking of hGH.

35. Records obtained from FRB and CHC revealed one (1) bank transfer on or about November 6, 2006. The bank transfers originated from an account held in the name of Debra Denise Johns-Williams of 4863 Southridge Avenue, Los Angeles, California totaling $1,582.00 to Account 1. I have reviewed an e-mail communication sent from jintropinonline@yahoo.co.nz (an individual

identifying himself as Adam and believed to be the controller of the web-site jintropinonline.com) to luispower88@yahoo.com stating in part, "Hi there, we have another wire transfer coming in for our account: $1597 Account name: Robert Williams Bank name: Washington Mutual Bank when this clears, please could you ship: 500 IU Robert Williams 4863 Southridge Ave., Los Angeles, CA 90043 USA Contact number: 323-290-1596." Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe Robert Williams is a customer of Adam and Adam arranged for a shipment of five hundred international units of hGH to be shipped into the United States and paid for by a bank transfer. I further believe the bank transfers represent all or in part the proceeds of hGH trafficking.

36. Records from FRB and CHC revealed three (3) bank transfers totaling $4,855.00 on or about March 13, 2006 to on or about November 6, 2006. The transfers originated from an account held in the name of John H. Henselman of 2700 Country Club Drive, Medford, Oregon to Account 1. I reviewed an e-mail communication sent from ticketsystem@jintropin.cn to luispower88@yahoo.com on or about March 13, 2006 stating, "Hello, BANK: washington mutual Sender: John H Henselman Amount: 1650.0 Product (Number of IU): Jintropin(500 IU) Shipping Address: John Henselman 2700 Country Club Dr. Medford, Oregon, 97504 USA Phone: 541 772 4524." Based upon my training and experience, conversations with other agents and a review of this and other e-mails in this investigation, I believe David Garcia is advising Edwards and/or Sophia that a transfer for $1,650.00 was sent as payment for

500 international units of hGH. The transfers mentioned in this paragraph represent all or in part the proceeds of hGH trafficking.

37. Records obtained from FRB and CHC revealed three (3) bank transfers from on or about January 10, 2006 to on or about August 3, 2006 totaling $4,850.00 from an account in the name of John T Boivaird into Account 1. I reviewed an e-mail from ticketsystem@jintropin.cn to luispower88@yahoo.com dated on or about July 18, 2006 stating, "Hello, BANK: JPMorgan Chase Sender: John T. Bovaird Amount: 1600.0 Product (Number of IU): Jintropin(500 IU) Shipping Address: John T. Bovaird 1400 El Camino Village Drive Apt.1208 Houston,Texas,77058 USA Phone: 832-457-1624." I believe, based upon my training and experience, conversations with other agents and a review of this and other e-mail communications in this investigation, Bovaird is a customer of Garcia and $1,600.00 was sent as payment for 500 international units of hGH. I further believe the transfers constitute all or in part the proceeds of hGH trafficking.

38. Records obtained from FRB and CHC revealed three (3) bank transfers from an account in the name of Juan C. Ballivian totaling $12,000.00 into Account 1 from on or about July 21, 2006 to on or about July 26, 2006. These transactions were in increments of $4,000.00. I reviewed an e-mail communication from mcodistributing@hotmail.com to luispower88@yahoo.com occurring on or about July 21, 2006, stating, "1st wire transfer out of 3 for 30 200iu kits: Amount $4000.00usd Sender: Juan c Ballivian date: july 21 06 Beneficiary: Swiss Development LTD Account: 4724310411 Bank: Standard Chartered Swift code: SCBLCNSX BFT sequence # 01060721008691 let me

know as soon as you received it... Im sending another transfer on monday and tuesday for the same amount..... " I know, based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation the individual in this e-mail is ordering thirty kits, each containing 100 international units of hGH and requesting John and/or Sophia send the hGH to an address within the United States. I believe this individual is indicating that he will "structure" these transactions in three separate transactions in order to avoid the filing of a currency transaction report required by the bank. I know this form of structuring is a method of money laundering utilized by drug traffickers to conceal monetary transfers from the IRS and other law enforcement authorities. I believe that the three transfers represent all or in part the proceeds of hGH trafficking.

39. Records obtained from FRB and CHC revealed two (2) bank transfers from an account held in the name of King Cavalier II totaling $6,150.00 to Account 1 on or about September 27, 2006 and September 28, 2006. I have reviewed an e-mail communication from ticketsystem@jintropin.cn (David Garcia) to luispower88@yahoo.com stating, "Hello,MTCN: 74467escrow.com Sender: King Cavalier II Amount: 1600.0 Product (Number of IU): Jintropin(500 IU) Shipping Address: King Cavalier 2709 W Eisenhower Blvd Loveland CO 80537 Loveland,CO,80537 United States Phone: 970-962-9306." Based upon my training and experience, conversations with other agents and a review of this and other e-mail communications in this investigation, I believe King Cavalier is a customer of David Garcia and Garcia is telling John and/or Sophia $1,600.00

was sent by bank transfer in payment for 500 international units of hGH. I believe the transfers constitute all or in part the proceeds of hGH trafficking.

40. Records from FRB and CHC revealed two (2) bank transfers totaling $3,266.00 from on or about April 21, 2006 to on or about June 26, 2006. The transfers were from an account in the name of Kerry Ann Odem of 2335 Ann Street, Houston, Texas to Account 1. I reviewed an e-mail communication attachment sent on or about April 27, 2006 from gensci3@gmail.com (David Garcia) to luispower88@yahoo.com , "Hello, Please what is the status for these orders: $1650 - Kerry Ann Odem - 500IU Jintropin - 22.4.2006 $1650 - Donald Galvin - 500IU Jintropin - 22.4.2006 - $1650 - christopher johnson - 500IU Jintropin - 19.4.2006 - $2640 - DARREN NOTSCHILD - 800IU Jintropin - 12.4.2006 - $1650 - Mariusz Lewandowski - 500IU Jintropin - 10.4.2006 - $1980 - Adam Mellonee, john-marc pelletier - 600IU Jintropin - 18.4.2006 = $3900 - Alexander Santander - 800IU Jintropin, 2000mcg Igtropin - 20.4.2006 - $1650 - Dr Zakos Pallikaros - 500IU Jintropin - 14.4.2006 - Regards, David Garcia." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Garcia sent this list to Edwards and/or Sophia to verify orders of drugs, including Jintropin. I believe Garcia has directed 500 international units of hGH (Jintropin) be sent to the first name on this list, Kerry Ann Odem. I believe the transfers constitute all or in part the proceeds of hGH trafficking.

41. Records obtained from FRB and CHC revealed seven (7) bank transfers totaling $39,095.00 from on or about August 10, 2005 to on or about August 24, 2006. The transfers were from an account in the name of Michael R

Deegan of 9399 Boca River Circle, Boca Raton, Florida into Account 1 and Account 2. I reviewed an e-mail sent by widekarma@cyber-rights.net to luispower88@yahoo.com , "5,400$ Mike Degen Trans Ref. #VB00017664426171 Ship to: Lisa Nemic 2551 nw 46th St. Boca FL. 33434 and Ship to: Patrick Shuttemyer 2551 nw 46th St. Boca FL. 33434." Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe widekarma@cyber-rights.net is informing Edwards and/or Sophia they have transferred $5,400.00 in the name of Mike Degen and are requesting hGH be shipped to addresses within the United States. I believe the seven transfers constitute all or in part the proceeds of hGH trafficking.

42. Records from FRB and CHC revealed one (1) transfer from an account in the name of Neil R Bzibziak of 4030 Cypress Cove Dribe, Louisville, KY totaling $1,375.00 to Account 1 on or about January 23, 2006. I reviewed an e-mail sent from luispower88@yahoo.com to Rachybear1762@hotmail.com, "hello; you can go www.usps.com to track it.

5 KITS OF 100 IU BY EMS:EA728860264CN Neil Bzibziak

4030 cypress cove dr. Louisville KY 40218 USA 5135438742." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mail correspondence in this investigation, Edwards and/or Sophia are informing their customer five kits, each containing 100 international units of hGH, have been shipped into the United States to Neil Bzibziak. I believe the transfer constitutes all or in part the proceeds of hGH trafficking.

43. Records from FRB and CHC revealed one (1) bank transfer totaling $1,585.00 from an account in the name of Nese Nicholson Curtis of 311 N Robertson Boulevard, Suite 444, Beverly Hills, California to Account 1 on or about September 29, 2006. I reviewed an e-mail from Gensci3@gmail.com to luispower88@yahoo.com stating, "Hello, New order: BANK: Washington Mutual bank amount: $1600 sender: Roger Devin Curtis product: 500IU Jintropin Shipping address: Neshe Curtis, 311 N. Robertson Blvd. STE. 444, Beverly Hills, California. 90211 USA Phone # 310 806 2730 Regards, David Garcia." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications, Garcia is instructing Edwards and/or Sophia to send five hundred international units of hGH to an address in the United States. I further believe Garcia is advising Edwards and/or Sophia the payment will be bank transferred from an account in the name of Roger Devin Curtis. I believe the transfer constitutes all or in part the proceeds of hGH trafficking.

44. Records from FRB and CHC revealed one(1) transfer from an account held in the name of New World Apparel Incorporated of 112 West 9th Street, Suite 518, Los Angeles, California totaling $1,650.00 to Account 1 on or about February 15, 2006. I reviewed an e-mail communication dated on or about February 16, 2006 from luispower88@yahoo.com to Gensci3@gmail.com stating, "HELLO; we have received this payment ; New World Apparel Inc Boro Vukadinovic 112 West 9th Street suite 518 Los Angeles, Ca 90015,90015 USA Phone: 213 623 9216." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications, I

believe the sender of the above bank transfer is an hGH customer of David Garcia and that Edwards and/or Sophia advised Garcia they received a payment for a quantity of hGH that will be sent into the United States. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

45. Records obtained from FRB and CHC revealed one (1) bank transfer from an account held in the name of Phyllis and William Mathesie of 700 Ocean Royale Way, Apartment 204, Juno Beach, Florida totaling $5,508.00 to Account 1 on or about January 4, 2006. I reviewed an e-mail communication from jintropinonline@yahoo.co.nz (Adam) to luispower88@yahoo.com stating, "Hi there, We have a new Western Union transfer for our account: $5717 MTCN: 042-681-3566 Receiver: Jinmei Hu Sender: William Mathesie 700 Ocean Royale Way, Apt. 204 Juno Beach, Florida 33408 USA Please could you ship: 2100IU William Mathesie 700 Ocean Royale Way, Apt. 204 Juno Beach Florida 33408 U.S.A. Contact number: 561-6253202 That should mean we now owe you - $2873. More payments to follow shortly to give us a positive balance again. Thank you, Adam." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe William Mathesie is a customer of Adam. I further believe Adam is providing Edwards and/or Sophia an address in the United States to ship 2100 international units of hGH. Adam states $5,717.00 was sent to Edwards and/or Sophia as payment for hGH. Based upon these facts, I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

46. Records from FRB and CHC revealed one (1) bank transfer totaling $3,200.00 was sent from an account at the Police and Fire Credit Union at 901

Arch Street, Philadelphia, PA to Account 1 on or about March 14, 2006. I reviewed an e-mail from ticketsystem@jintropin.cn (believed to be David Garcia) to luispower88@yahoo.com, "Hello, BANK: Philadelphia Police & Fire Credit Union Sender: Edward Wiegand Amount: 3200.0 Product (Number of IU): Jintropin(1000 IU) Shipping Address: Edward Wiegand 3620 Glenn St. Philadelphia, PA, 19114 USA Phone: (215) 431-7529" Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation I believe Edward Wiegand is a customer of David Garcia. Garcia is advised Edwards and/or Sophia that $3,200.00 was transferred for the purchase of one thousand international units of hGH shipped to an address within the United States. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

47. Records obtained from FRB and CHC revealed one (1) bank transfer totaling $1,890.00 from an account held in the name of Raymond L Fowler of 52 Old Kings Highway, Mannington, NJ to Account 1. I reviewed an e-mail sent from jintropinonline@yahoo.co.nz (Adam) to luispower88@yahoo.com on or about October 25, 2006, "Hi there, Yes, we must be having email problems. We can confirm the two payments are ours. We also had some more payments that were sent. We will go through our email records and forward them to you again. The details for the 2 you mention were as follows: $2796 Account name: Edgar Feliciano Country: USA $1890 Account name: Raymond Fowler Country: USA Please could you ship: 1000IU Edgar Feliciano 9623 Quarter Horse Las Vegas NV 89178 United States Contact number: 702 8988463 600IU Ray Fowler 52 Old Kings Highway Mannington Salem NJ 08079 USA Contact number: 856-

207-4272 1000IU -- to one of our UK addresses." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Adam is telling John and/or Sophia 1,600 international units of hGH should be shipped to two addresses within the United States and $1,890.00 was transferred via bank transfer as partial payment for the hGH. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

48. Records from FRB and CHC revealed one (1) bank transfer totaling $3,200.00 from an account held in the name of Rodger Guimond of 409 Weider Court, Folsom, CA to Account 1 on or about May 15, 2006. I reviewed an e-mail dated on or about February 16, 2006 from Gensci3@gmail.com to luispower88@yahoo.com, "Hello, I'm missing a few tracking codes: $1650 - Matthew Miller - 500IU Jintropin - 3.2.2006 - $3200 - Rodger Guimond - 1000IU Jintropin - 7.2.2006 - (this customer says you haven't picked up the money yet) $1650 - dominick griesi - 500IU Jintropin - 10.2.2006 - $1650 - Thomas Schwarz - 500IU Jintropin - 11.2.2006 - $1650 - New World Apparel Inc Boro Vukadinovic - 500IU Jintropin - 14.2.2006 - Regards, David Garcia" I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, Rodger Guimond is a customer of David Garcia and Garcia is asking for tracking numbers of Jintropin packages sent to the United States. I further believe the bank transfer represents all or in part the proceeds of hGH trafficking.

49. Records from FRB and CHC revealed one (1) bank transfer totaling $5,125.00 from an account held in the name of Santos Cardenas of 1123 Cherry

Spring, Houston, Texas on or about November 23, 2005 to Account 1. TECS records revealed Santos Cardenas of 1123 Cherry Spring, Houston, Texas was the intended recipient of one hundred ampoules of hGH seized by CBP in Cleveland, Ohio on or about December 31, 2005; and Santos Cardenas of 1123 Cherry Spring, Houston, Texas was the intended recipient of one hundred ampoules of hGH sent from China to Texas, seized by CBP at the United Parcel Service HUB in Louisville, Kentucky. Based upon my training and experience, conversations with agents, and a review of e-mail communications in this investigation, I believe the bank transfer constitutes all or in part the proceeds from hGH trafficking.

50. Records obtained from FRB and CHC revealed three (3) bank transfers totaling $8,462.00 from on or about August 12, 2005 to March 28, 2007, from an account held in the name of Stan Dyer of 2735 Buffalo Valley Road, Cookeville, Tennessee to Account 1. I have reviewed an e-mail sent from jintropinonline@yahoo.co.nz to luispower88@yahoo.com on or about September 21, 2006, "Hi there, We have another wire transfer for our account: we apologize for sending all these emails separately. $2808 Account name: Stanley Dyer Bank name: First Tennessee Bank Reference: IH Ventures When this clears, please could you ship: 1000IU Stan Dyer 2735 Buffalo valley rd Cookeville, Putnam 38501 USA Contact number: 931-252-5400 1000IU" Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe Stanley Dyer is a customer of Alex and Alex is requesting Edwards and/or Sophia send one thousand international units of hGH to an address within the United States. I further believe Alex is advising

Edwards and/or Sophia $2,808 will be sent via bank transfer for payment of the hGH. I believe the transfers represent all or in part the proceeds all or in part of hGH trafficking.

51. Records obtained from FRB and CHC revealed four (4) bank transfers totaling $22,280.00 transferred from an account held in the name of Steven Suarez of 67 Runyon Drive, Hamilton, New Jersey and 243 Graffam Avenue, Hamilton, New Jersey from on or about November 17, 2005 to on or about May 10, 2006 to Account 1. I have reviewed an e-mail sent from Pharm1@cyber-rights.net to luispower88@yahoo.com stating, "Hello I have wired money for 20 (100 iu) kits to your bank per the info you sent me below. The amount wired was $4960 in US dollars to the Standard Chartered Bank Shenzhen Br. The info you need is as follows to claim the money... Steven Suarez 243A Graffam Ave Hamilton NJ 08610 Ph. No. 609-947-2201 Let me know if you need any other info and send me tracking numbers as soon as you have them. Thank You!" Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe Steven Suarez is the individual utilizing the e-mail pharm1@cyber-rights.net. I further believe, Suarez is instructing Edwards and/or Sophia to send two thousand international units of hGH and $4,960.00 was bank transferred as payment for the hGH. I believe the bank transfers represent all or in part the proceeds of hGH trafficking. TECS records reveal on or about July 30, 2004 a parcel was intercepted by CBP inspectors in Louisville, Kentucky enroute to William Dunn of 67 Runyun Drive, Hamilton, New Jersey. The parcel was found to contain hGH.

52. Records from FRB and CHC revealed one (1) bank transfer totaling $1,655.00 from an account held by Steven W Pederson of 1744 Beryl Street, San Diego, California to Account 1 on or about May 8, 2006. I have reviewed an e-mail sent from Gensci3@gmail.com to luispower88@yahoo.com on or about May 10, 2006, "Hello, Please give me the status on these orders: $1650 - Linda Sherburn - 500IU Jintropin - 25.4.2006 - $2640 - DARREN NOTSCHILD - 800IU Jintropin - 12.4.2006 - $1650 - christopher johnson - 500IU Jintropin - 19.4.2006 - $1650 - Donald Galvin - 500IU Jintropin - 22.4.2006 - $1650 - jayne burridge - 500IU Jintropin - 26.4.2006 - $1650 - Deane Stanton - 500IU Jintropin - 26.4.2006 - -$2200 - Andrej - 1000IU Jintropin - 3.5.2006 - -$1150 - Sandro Busch (andrej) - 500IU Jintropin - 5.5.2006 - -$2200 - Andrej - 1000IU Jintropin - 5.5.2006 - $1650 - Dr. Peter van der Zon - 500IU Jintropin 5.5.2006 - $1650 - jihad zreik - 500IU Jintropin 7.5.2006 - -$2200 - Andrej - 1000IU Jintropin - 8.5.2006 - -$1150 - Klaus Engels - 500IU Jintropin - 9.5.2006 - $1650 - ANGEL GONZALEZ - 500IU Jintropin - 2.5.2006 - $1650 - Petar Filipov - 500IU Jintropin - 4.5.2006 - $1650 - Steven Pederson - 500IU Jintropin - 6.5.2006 - $1650 - John Grooms - 500IU Jintropin - 8.5.2006 - $1650 - oscar salgado - 500IU Jintropin - 8.5.2006 - $1980 - alan fenn - 600IU Jintropin - 8.5.2006 - $1650 - Martin Ralph WaiWai - 500IU Jintropin - 9.5.2006 - $1650 - david della barba - 500IU Jintropin - 9.5.2006 - Regards, David Garcia." Based upon my training and experience, conversations with other agents and a review of this and other e-mail communications in this investigation, I believe David Garcia is checking the status of orders he (Garcia) placed. In this e-mail, Garcia is inquiring on an order previously sent on behalf of Steven Pederson for five hundred international units

of hGH. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

53. Records obtained from FRB and CHC revealed two (2) bank transfers totaling $25,000.00 on or about July 20, 2006 and January 4, 2007 from an account in the name of Tammy Harris of #2 Bossis Drive, Charlestown, South Carolina and 1846 Piper Avenue, Charlestown, South Carolina to Account 1. I reviewed an e-mail from jintropinonline@yahoo.co.nz to luispower88@yahoo.com, " Hi there, We also have a transfer sent today from a US customer: Amount: $12500 Account name: Tammy Harris Bank name: Regions Bank, N.A. When this clears, please could you ship: 5000IU (several addresses for fast shipment) Tammy Harris 493 King Street, Ste 100, Charleston, SC 29403 USA Tammy Harris 2 Bossis Drive, Charleston, SC 29407 USA Tammy Harris 1846 Piper Drive, Charleston, SC 29407 USA Thank you, Adam." Based upon my training and experience, conversations with other agents, and a review of this and other e-mails, I believe Tammy Harris is a customer of Adam and Adam is inquiring on the status of an hGH order that he (Adam) previously instructed be sent to several addresses within the United States. I believe the transfers represent all or in part the proceeds of hGH trafficking.

54. Records from FRB and CHC revealed six (6) bank transfers totaling $10,890.00 from on or about April 5, 2005 to on or about January 18, 2007. The transfers were from an account held in the name of Temple Systems Inc. of 3602 Cypress Street, Suite A, West Monroe, Louisianna to Account 3 (account held in the name of Yujun Zhao). I have reviewed an e-mail communication sent

from luispower88@yahoo.com to paul@templesystems.net stating, "hello; the payment was bounced back ,your bank didn't include the account name ;yu jun zhao, only the account number. Sophia." Based upon my training and experience, conversations with other law enforcement agents, and a review of this and other e-mails in this investigation, I believe the sender of this e-mail is the same individual directing the bank transfers. I further believe this transfer refers to one of the five bank transfers mentioned in this paragraph and that all five transfers represent all or in part the proceeds of hGH trafficking.

55. Records from FRB and CHC revealed ten (10) bank transfers totaling $12,990.00 from an account in the name of Terry L Bruce of 2323 Poincianna Street, South West Huntsville, Alabama and 150 Valley Stone RE, Huntsville, Alabama to either Account 1 or Account 3 from on or about October 26, 2004 to on or about December 13, 2006. TECS records indicate Terry Bruce was the intended recipient of a parcel containing anabolic steroids from Portugal. The parcel was seized by CBP on or about April 14, 2000. Based upon my training and experience, I know traffickers in anabolic steroids routinely traffic in hGH and other controlled substances. These substances are illicitly utilized in the underground performance enhancement of some body-builders and other athletes. I further believe the seizure corroborates Terry Bruce is involved in the trafficking of hGH and the bank transfers constitute all or in part the proceeds of hGH trafficking.

56. Records from FRB and CHC revealed four (4) bank transfers in the amount of $7,650.00 from an account held in the name of Terry W Elwell of P.O. Box 921, Lyford, Texas from on or about March 25, 2005 to on or about July 6,

2006 to either Account 1or Account 3. I reviewed an e-mail sent from melwell@juno.com to luispower88@yahoo.com, "Mr. Perez, Can you give me a price for this order Terry Elwell Subject: Jintropin It will be time to order again soon. I will need 6 to 8 boxes. Is this info still correct? BANK NAME: Standard Chartered Bank Shenzhen Br. UNIT 1-8, 52F, SHUN HING SQUARE DI WANG COMMERCIAL CENTRE NO.5002 SHENNAN ROAD EAST SHENZHEN, CHINA 518008 SWIFT CODE: SCBLCNSXSHZ BENEFICIARY'S A/C NO: 4724310411 BENEFICIARY'S NAME: SWISS DEVELOPMENT LTD BANK ADDRESS; UNIT 1-8, 52F, SHUN HING SQUARE DI WANG COMMERCIAL CENTRE NO.5002 SHENNAN ROAD EAST SHENZHEN, CHINA 518008 Thanks, Colonel Terry W. Elwell BS,RN (Ret.)." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Terry Elwell is advising Edwards he (Elwell) will be ordering hGH in the future and Elwell is intending to transfer payment for the hGH by bank transfer. I believe the transfers represent all or in part the proceeds of hGH trafficking. TECS records reveal on or about July 17, 2006 a parcel was intercepted by CBP inspectors in Los Angeles, California enroute to Terry Elwell of 100 Emma Pass Road, Raymondville, Texas. The parcel was found to contain hGH shipped from China.

57. Records from FRB and CHC revealed two (2) bank transfers totaling $4,939.00 from an account held in the name of Thomas J Walsh of 411 North East 21st Avenue, Cape Coral FL 33909, to Account 1 on or about January 10, 2006 and on or about March 7, 2006. I reviewed an e-mail from jintropinonline@yahoo.co.nz (Adam) to jintropin2005@yahoo.com, "Hi there,

We also have a new wire transfer for our account: $1605 Account name: Thomas Walsh Account: # 20113247 Routing#: 042000314 Bank: Fifth Third Bank (Florida) Once this arrives, please could you ship: 500IU Thomas Walsh 411 NE 21st Ave Cape Coral, FL 33909 United States That should leave us $976 on account after payment receipt and shipment. Best regards, Adam." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Walsh is a customer of Adam and Adam is advising John and/or Sophia a bank transfer has been sent for payment of five hundred international units of hGH. I further believe Adam is instructing the hGH be sent to an address in the United States. I believe the bank transfers represents all or in part the proceeds of hGH trafficking.

58. Records from FRB and CHC revealed three (3) bank transfers totaling $7,100.00 from on or about October 27, 2005 and to August 27, 2006. The transfers were sent from an account in the name of Will Casey Purvis of 7044 Sausalito Avenue, West Hills, California to either Account 1 or Account 2. I reviewed an e-mail from fionna130012@yahoo.com.cn to luispower88@yahoo.com on or about March 17, 2006, "Luis, I am Fionna from International Commercial Department of GenSci. One buyer in USA will contact you later. He ordered before, but he can't pay through Western Union. please get his payment in another way. and the details of his order is listed below. Partial shipping, in three times. Shipping fee is covered by him for the three shipping. Delivery date: the three continuous Monday after his payment." Fionna130012@yahoo.com.cn then provides a partial spreadsheet that indicates

a quantity of, "1000IU" and a Delivery Address of, "belaire designs will Casey Purvis 7044 Sausalito ave west hills, ca 91307." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, fionna130012@yahoo.com.cn is instructing Edwards and/or Sophia to send one thousand international units of hGH to Will Casey at an address within the United States. I believe the two bank transfers represent all or in part the proceeds of hGH trafficking. I also reviewed a TECS record, indicating Will Casey Purvis of 7044 Sausalito Avenue, West Hills, California was the addressee of a parcel seized by CBP in Los Angeles and found to contain Jintropin.

59. Records from FRB and CHC revealed two (2) bank transfers totaling $3,720.00 from on or about November 30, 2995 to on or about August 18, 2006. The transfers were from an account at the Laredo National Bank held in the name of World Wide Auto Parts of an address in Mexico into either Account 1 or Account 3. I reviewed an e-mail from Lydia@wwapsa.com to jintropin2005@yahoo.com on or about December 13, 2005, "Dear John, Good day to you. Here is the information that should help you verify the funds transfer. Dollar Amount $1550.00 Sender Name: The Laredo National Bank Sender Reference: 051208142458IM00 Receiver ABA: 021001088 Receiver Name: HSBC USA Beneficiary: Genformx Limited Beneficiary Bank: Shanghai Pudong Development Bank Beneficiary Account: 0SA114436330055480 This payment is for invoice 20050205 Please verify payment & send the shipment to the following address: 5300 South Padre Hwy Brownsville TX 78521 Attention to : Mr. Erique Garrido Telephone# 956/831-8003 I will be waiting for your confirmation. Thank

you. Sincerely, Lydia Vasquez." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Lydia@wwapsa.com has ordered a quantity of hGH to be shipped to an address within the United States. I further believe Lydia@wwapsa.com is advising Edwards and/or Sophia payment for the hGH will be bank transferred to Account 4. I believe the bank transfers represent all or in part the proceeds of hGH trafficking.

60. Records obtained from FRB and CHC revealed one (1) bank transfer totaling $1,190.00 sent from an account held in the name of Scott Paul Crocker of 6495 North Cornelia Avenue, Fresno, California on or about January 12, 2004 to Account 3. TECS records indicate Scott Crocker of 6495 North Cornelia Avenue, Fresno, California was the intended recipient of a parcel seized by CBP inspectors in Cleveland, Ohio on or about January 7, 2004. The parcel was found to contain anabolic steroids shipped from China. Based upon my training and experience, I know that traffickers of anabolic steroids oftentimes traffic in other controlled and non-controlled substances that promote body building and performance enhancement. I believe the seizure mentioned in this paragraph corroborates the bank transfer as being all or in part the proceeds of hGH trafficking.

61. Records from FRB and CHC revealed one (1) bank transfer totaling $1,220.00 from an account held in the name of Boehck Mortgage Co of 8303 Southwest Freeway, Suite 235, Houston, Texas to Account 1 on or about June 8, 2006. I have reviewed an e-mail communication sent from hgh-for-less@hushmail.com (Bradley Blum) to luispower88@yahoo.com on or about

June 14, 2006 , "Hello Sophia, One of my customers sent a bank wire: 1. Bank: Premier American Credit Union Sender: Rick Boehck Company: Boehck Mortgage Company Amount: $1220 Please send to: Rick Boehck 1603 Morning Shadows Drive Sugarland, TX 77479 USA please send 500iu's [5-100iu packs] with insurance Thanks, Brad." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Brad Blum is instructing Sophia to send five hundred international units of hGH to an address within the United States. I further believe Bradley Blum is indicating this transfer is for payment for that hGH. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

62. Records from FRB and CHC revealed one (1) bank transfer totaling $5,528.00 from an account held in the name of Deborah Salisbury of 148 Winterfalls Lane, Olga, Washington to Account 1 on or about July 27, 2006. I have an e-mail sent on or about July 28, 2006 from jintropinonline@yahoo.co.nz (Adam) to luispower88@yahoo.com , "Hi there, We have a new wire transfer underway for our account: $5528 Account name: Deborah Salisbury Country: USA Reference: IH Ventures When this clears, please could you ship: 2000IU Deborah Salisbury 148 Winterfalls Ln. Olga, WA 98279 U.S.A. Contact number: 3603766421 1000IU -- to one of our UK addresses That should leave us $646 or so on account. Thank you, Adam." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Adam is ordering two thousand international units of Jintropin to be shipped to an address within the United

States and advising a bank transfer will be sent as payment. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

63. Records from FRB and CHC revealed one (1) bank transfer totaling $1,600.00 on or about October 3, 2006. The transfer was from an account in the name of Eric Mcfarland of 800 North Milpas Street, Santa Barbara, California to Account 1. I have reviewed an e-mail sent from ticketsystem@jintropin.cn (David Garcia) to luispower88@yahoo.com on or about October 3, 2006 stating, "Hello, BANK: Business First National Bank Sender: Eric McFarland Amount: 1600.0 Product (Number of IU): Jintropin(500 IU) Shipping Address: Eric McFarland c/o GRT Inc 861 Ward Drive Santa Barbara,CA,93111 USA Phone: 805-403-4304." I believe, based upon my training and experience, conversations with other agents, and a review of this and other e-mail in this investigation, Eric Mcfarland is a customer of David Garcia and Garcia is telling John and/or Sophia to send five hundred international units of hGH into the United States. I further believe the bank transfer represents all or in part the proceeds of hGH trafficking.

64. Records from FRB and CHC revealed one (1) bank transfer totaling $3,200.00 on or about March 27, 2006. The transfer was sent from an account held in the name of Frank Petrucci of 29 Joy Road, Chatham, New Jersey to Account 1. I have reviewed an e-mail from luispower88@yahoo.com to gensci3@gmail.com on or about March 30, 2006, in part "10. BY EMS ONLY: EA728860335CN 10 KITS OF 100 I UTO Frank Petrucci 29 Jay Rd Chatham, NJ, 07928 USA phone: 201-924-4444." I believe based upon my training and experience, conversations with other agents, and a review of this and other e-mail correspondence in this investigation, Frank Petrucci is a customer of David

Garcia. Edwards and/or Sophia are providing a tracking number for a parcel containing hGH that shipped into the United States. I believe the bank transfer represents all or in part the proceeds of hGH trafficking.

65. Records from FRB and CHC revealed three (3) bank transfers totaling $6,555.00 from an account held in the name of James W. Savage from the John Warner Bank to Account 1 from on or about April 14, 2006 to on or about July 25, 2006. I reviewed an e-mail from ticketsystem@jintropin.cn (David Garcia) to luispower88@yahoo.com on or about July 25, 2006, "Hello, BANK: The John Warner Bank Sender: James W. Savage Amount: 3100.0 Product (Number of IU): Jintropin(1000 IU) Shipping Address: James Savage 6520 Double Eagle Dr. #517 Woodridge,IL,60517 United States Phone: 7196410271 Regards," Based upon my training and experience, conversations with other agents, and a review of this and other e-mails in this investigation, I believe James Savage is a customer of David Garcia. I further believe Garcia is directing Edwards and/or Sophia to send one thousand international units of hGH into the United States. I believe the transfer constitutes all or in part the proceeds of hGH trafficking.

66. Records obtained from FRB and CHC revealed six (6) transfers totaling $66,360.00 from on or about July 1, 2005 to on or about December 1, 2005. The transfers were from an account held in the in the name of Jose Socorro Chavez-Ruiz of Mexicali, Mexico to Account 1. Information obtained from internet searches revealed Jose S. Chavez-Ruiz is the owner/operator of the web-site www.eaglemedsupply.com. I reviewed an e-mail communication sent on or about February 9, 2006 from atlantis@eaglemedsupply.com to luispower88@yahoo.com stating, "John. We sent funds (11,300) yesterday by

usual via to your bank account, the reference number is: 0000629607. The funds must be in your account now. The sender is Jose S. Chavez from Mexicali, Mexico The order is 30 jintropin kits 100 I.U. and 10 kits with 200 I.U. Please send to follow addresses: 1.- Ramon Martinez 95 E. Hwy 98 Calexico, California 92231 U.S.A. 2.- General Delivery Ismael Carrillo 120-A Rockwood Ave PMB 42450 Calexico, California 92231-2748 U.S.A. 3.- The UPS Store Jimmy Garcia 11274 S. Fortuna Rd. Suite D2 # 402 Yuma, Arizona 85367 U.S.A. 4.- Manny Bravo 1097 N. State St. Space # 156 Hemet, California 92543 Please let us know the tracking numbers when you get these. Thank you." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Jose S. Chavez is the individual using the e-mail account atlantis@eaglemedsupply.com. I further believe eaglemedsupply.com is directing Edwards and/or Sophia to send hGH to addresses within the United States. I believe the bank transfers represent all or in part the proceeds of hGH trafficking.

67. Records obtained from FRB and CHC revealed a transfer of $74,608.00 from Account 4 to Account 2 on or about May 22, 2006. Records from FRB and CHC also revealed a transfer of $2,260.00 from Account 4 to Account 3 on or about October 26, 2006. As mentioned in paragraph 57, I have reviewed an e-mail from Lydia@wwapsa.com to jintropin2005@yahoo.com on or about December 13, 2005, "Dear John, Good day to you. Here is the information that should help you verify the funds transfer. Dollar Amount $1550.00 Sender Name: The Laredo National Bank Sender Reference: 051208142458IM00 Receiver ABA: 021001088 Receiver Name: HSBC USA Beneficiary: Genformx

Limited Beneficiary Bank: Shanghai Pudong Development Bank Beneficiary Account: 0SA114436330055480 This payment is for invoice 20050205 Please verify payment & send the shipment to the following address: 5300 South Padre Hwy Brownsville TX 78521 Attention to : Mr. Erique Garrido Telephone# 956/831-8003 I will be waiting for your confirmation. Thank you. Sincerely, Lydia Vasquez." Based upon my training and experience, conversations with other agents, and a review of this and other e-mail communications in this investigation, I believe Account 4 is utilized to receive the proceeds from hGH shipped into the United States. I believe transfers from Account 4 into Account 2 and 3 represent all or in part the proceeds of hGH trafficking.

68. Records from FRB and CHC revealed five(5) bank transfers from an account in the name of Mittler Productions Inc., 60 Market Square Belize City, Belize, totaling $92,400.00 from on or about November 30, 2005 to on or about October 10, 2006to Account 1. One of the transfers was for $15,000.00 dated on June 27, 2006. On June 28, 2006, utilizing the e-mail address, hgh-for-less@hushmail.com, Brad Blum e-mailed Edwards at luispower88@yahoo.com, "Hello Sophia, Yes- The $15,000 was wired before the 23,000. I will call my bank to follow up. I am currently in Atlanta meeting with customers." As previously provided, records from FRB and CHC revealed Brad Blum has utilized three (3) accounts in his dealings with GPC. A review of all transaction within those accounts (Alpine Industries (based in Belize), Alpine Industries International and North American Genescience) does not include any transfers in the amount of $15,000 on or about June 27, 2006. There is one transfer on June 26, 2006, from Alpine Industries in the amount of $17,765 to account 1. Based upon my

training and experience, conversations with other agents, and a review of this and other e-mail in this investigation, I believe the referenced $15,000.00 transfer represents a payment by Blum, less banking fees, to GPC for the purchase of hGH. I further believe this Belize based company, Mittler Productions Inc., is being utilized by Blum to transfer proceeds of hGH trafficking in an attempt to conceal funds in violation of United States money laundering statutes. I believe Blum does this in an attempt to thwart law enforcement.

69. Based upon the foregoing, there is probable cause to believe that Account 1, Account 2, Account 3, Account 4, and Account 5 in the People's Republic of China are being utilized by GPC and/or representatives of GPC to receive proceeds of hGH sales including proceeds derived from sales in the United States. As mentioned previously in this affidavit, agents have obtained records from FRB and CHC. These records detail bank transfers originating from accounts both within and outside of the jurisdiction of the United States into Account 1, Account 2, Account 3, and Account 5, totaling $4,640,498, all of which I believe to be proceeds of hGH trafficking. However, the total amount of transfers to be seized is $3,407,335.55 which only includes those bank transfers directly linked to indicia of trafficking hGH into the jurisdiction of the United States.

70. As indicated in paragraphs 15 through 68, several of the originators of these bank transfers have been corroborated as hGH customers. The amount transferred by these individuals totals $2,860,321.35 or approximately 84% of the $3,407,335.55. I know GPC utilizes at least one other e-mail address that investigators are unable to search, because the server (s), storing those e-mail

communications is located outside the jurisdiction of the United States. I further know a search, such as the ones conducted on the e-mail accounts held by Yahoo.com in this investigation, is limited to the information remaining on the Yahoo's server(s) and does not guarantee that agents have obtained all e-mails sent or received to those e-mail addresses. Nevertheless, it seems clear to me that the remaining $547,014.20, or approximately 16% of the total $3,407,335.55, also represents the proceeds of hGH trafficking even though agents were unable to corroborate this fact by e-mail communications. This conclusion is based on my observation that a large majority of these transactions are for approximately $1,650.00 or a multiple of that amount. I know, based upon a review of the e-mail accounts, that GPC advises all potential customers that "If you decide to join the program, total payment for 500IU is $1550." Additionally, I know that GPC offers its clients insurance for the delivery of its product at a cost of $3.00 per vial. Based upon my review of hundreds of purchases made by clients and the corresponding money sent to GPC, I know that the common amount sent to GPC is $1,650.00 or an approximate multiple of that amount varying slightly due to volume discounts.

71. I also believe based upon evidence, including the e-mail mentioned in paragraph 59 above, that Account 4 is utilized by GPC and/or coconspirators to receive hGH proceeds. Records obtained from FRB and CHC reveal a total of $76, 868.00 was transferred from Account 4 and deposited into Account 2 and Account 3, rendering that amount forfeitable as part of the aggregate total of transfers originating from outside the United States (reference is made to

paragraph 67).

72. Based upon the foregoing, there is probable cause to believe that account number 4724310411, held in the name of Swiss Development Limited, at the Standard Chartered Bank (Account 1) up to the amount of $3,120,186.55; account number 3652390411, held in the name of Qinba International Limited, at the Standard Chartered Bank (Account 2) up to the amount of $ 96,108; account number 211266014020013034, held in the name of Yujun Zhao at the Bank of China, Limited (Account 3) up to the amount of $81,691; and account number 812000638508091001, held in the name of Genescience Pharmaceuticals Co., Limited at the Bank of China, Limited (Account 5) up to the amount of $ 109,350; were utilized to receive funds that were the proceeds of the specified unlawful activity of smuggling hGh into the United States (18 U.S.C. § 545) and that these financial transactions were conducted with the intent to promote the specified unlawful activity of smuggling hGh into the United States (18 U.S.C. § 545) in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and with knowledge that the transactions were designed in whole or part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity of smuggling hGh into the United States (18 U.S.C. § 545) in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and that, therefore, these accounts, up to the amounts indicated above, are subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A). As the proceeds of a violation of 18 U.S.C. § 545, these accounts, up to the amounts indicated above, are also subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

73. Since the accounts listed in paragraph 72 are located at foreign

banks, namely, the Standard Chartered Bank and the Bank of China, the above mentioned funds that are subject to forfeiture shall be deemed to have been deposited into the interbank accounts in the United States, referred to in paragraph 2, pursuant to 18 U.S.C. § 981(k) and, therefore, those accounts are subject to seizure and forfeiture in the amounts so indicated in paragraph 2 above, namely, $3,216,294.55 from Standard Chartered Bank New York Branch and $191,041.00 from account number 7001-1000012-000-001 or any other correspondent account maintained at the Bank of China Limited, New York Branch.

Jason Simonian
Jason Simonian
Special Agent
U.S. Food and Drug Administration
Office of Criminal Investigation

Sworn to and subscribed to in my presence on
this 16th day of April, 2007

David L. Martin
UNITED STATES MAGISTRATE JUDGE