## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 16, 2007 | April 17, 2007 @ 1:00 PM | Cheedi Chen |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

"See attached"

Check # 259873

Check # 259874

FILED
2007 APR 30 P 2: 01
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Jason A. Semonior

Subscribed, sworn to, and returned before me this date.

David L. Martin — U.S. Judge or Magistrate

4-30-07 — Date