UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

**REQUEST FOR ENTRY OF DEFAULT**

C.A. NO. 07-0141S

ALL FUNDS ON DEPOSIT IN ANY AND ALL )
U.S. INTERBANK ACCOUNTS MAINTAINED )
AT THE BANK OF CHINA LIMITED, )
NEW YORK BRANCH BY THE BANK OF )
CHINA, JILIN, CHINA UP TO AND )
INCLUDING THE AMOUNT OF $109,350 )
WHICH SUM REFLECTS THE AMOUNT OF )
CERTAIN FUNDS DEPOSITED INTO THE )
BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

**REQUEST FOR ENTRY OF DEFAULT AGAINT**
**GENESCIENCE PHARMACEUTICALS CO., LIMITED**

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Genescience Pharmaceuticals Co., Limited for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind Shah
MILIND SHAH
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
milind.shah@usdoj.gov

LINDA M. SAMUEL (D.C. Bar No. 388970)
Deputy Chief
FREDERICK REYNOLDS (Tex. Bar No. 24003453)
Trial Attorney
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 353-1566
(202) 514-5522 (fax)