UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

C.A. NO. 07-0141S

ALL FUNDS ON DEPOSIT IN ANY AND ALL )
U.S. INTERBANK ACCOUNTS MAINTAINED )
AT THE BANK OF CHINA LIMITED, )
NEW YORK BRANCH BY THE BANK OF )
CHINA, JILIN, CHINA UP TO AND )
INCLUDING THE AMOUNT OF $109,350 )
WHICH SUM REFLECTS THE AMOUNT OF )
CERTAIN FUNDS DEPOSITED INTO THE )
BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

AFFIDAVIT

I, Milind Shah, being duly sworn, depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on April 16, 2007, the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant accounts.

3. That on April 17, 2007, pursuant to the execution of a Warrant of Arrest in Rem, funds in the amounts indicated above, were seized from the correspondent accounts of the Standard Chartered Bank and the Bank of China and, as a result thereof, all of the account holders have received actual notice of the seizure of these funds and the pendency of the within action to forfeit said funds. (See affidavit of FDA Special Agent Jason Simonian attached hereto and made a part hereof).

4. That Yujun Zhao has failed to file a claim within the 35 days permitted by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

5. That due to the foregoing, the affiant knows of no reason why the default of Yujun Zhao to the defendant accounts should not be entered at this time.

MILIND SHAH
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
milind.shah@usdoj.gov

Subscribed and sworn to
before me this 21st day
of February, 2008.

Notary Public Notary Public

My commission expires 8/27/09