UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

C.A. NO. 07-0141S

ALL FUNDS ON DEPOSIT IN ANY AND ALL )
U.S. INTERBANK ACCOUNTS MAINTAINED )
AT THE BANK OF CHINA LIMITED, )
NEW YORK BRANCH BY THE BANK OF )
CHINA, JILIN, CHINA UP TO AND )
INCLUDING THE AMOUNT OF $109,350 )
WHICH SUM REFLECTS THE AMOUNT OF )
CERTAIN FUNDS DEPOSITED INTO THE )
BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

**CERTIFICATE OF SERVICE**

On this 13th day of March 2008, I sent the Government's Request for Entry of Default against *Qinba International Limited* along with the therein attached affidavits – all of which were filed on February 21, 2008 – to the below listed individuals or entities, either directly or to counsel as specified below. Upon receipt of all return receipts, the Government shall file a Certification attaching all return receipt received, pursuant to Local Rule of Civil Procedure 55.

Counsel for **Swiss Development Corporation Limited**, *sent via standard international mail and Federal Express, receipt signature requested*:
Yang Wan Tao, Esquire
Zhong Lun Law Firm
11/F Bank of China Tower
200 Yin Cheng Road Central
Pu Dong New Area, Shanghai 200120

Counsel for **Quinba International Limited**, *sent via standard international mail and Federal Express, receipt signature requested:*
Yang Wan Tao, Esquire
Zhong Lun Law Firm
11/F Bank of China Tower
200 Yin Cheng Road Central
Pu Dong New Area, Shanghai 200120

Counsel for **Standard Chartered Bank**, *sent via first class mail and registered mail with return receipt requested:*
Jeffrey J. Chapman, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York 10004-2498

Counsel for **GeneScience Pharmaceuticals Co., Limited**, *sent via first class mail and registered mail with return receipt requested***:**
Patricia Rocha, Esquire
John Tarantino, Esquire
Adler, Pollock & Sheehan, P.C.
One Citizen Plaza, Eight Floor

Providence, Rhode Island 02903

**Bank of China**, *sent via first class mail and registered mail with return receipt requested:*
Bank of China
410 Madison Avenue
New York, New York 10017

**Yujun Zhao**, *sent via first class mail and registered mail to Bank of China, the bank in which Yujun Zhao a defendant account*:
Bank of China
410 Madison Avenue
New York, New York 10017

/s/ Milind M. Shah__________
MILIND SHAH
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
milind.shah@usdoj.gov