UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,<br><br>ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,<br><br>ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO, | ) | C.A. No. 07-0141S |

| | |
|---|---|
| | ) |
| ALL FUNDS ON DEPOSIT IN ANY AND ALL | ) |
| U.S. INTERBANK ACCOUNTS MAINTAINED | ) |
| AT THE BANK OF CHINA LIMITED, | ) |
| NEW YORK BRANCH BY THE BANK OF | ) |
| CHINA, JILIN, CHINA UP TO AND | ) |
| INCLUDING THE AMOUNT OF $109,350 | ) |
| WHICH SUM REFLECTS THE AMOUNT OF | ) |
| CERTAIN FUNDS DEPOSITED INTO THE | ) |
| BANK OF CHINA, JILIN, CHINA IN THE | ) |
| NAME OF GENESCIENCE | ) |
| PHARMACEUTICALS CO., LIMITED | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

I, Armando E. Batastini, of the law firm of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of defendant Standard Chartered Bank (China) Limited in the above-captioned matter.

Standard Chartered Bank (China) Limited

By its attorneys,

/s/ Armando E. Batastini

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (fax)

Jeffrey Chapman
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 100004-2498
(212) 558-4755
(212) 558-3588 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2008 a copy of the foregoing Entry of Appearance was served by ECF to:

Milind Shah
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Linda M. Samuel
Deputy Chief
Frederick Reynolds
Trial Attorney
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice
Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20530

/s/ Armando E. Batastini