# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $109,350 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE

C.A. NO. 07-0141S

BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

## DECLARATION

I, Milind M. Shah, upon oath depose and state:

1. I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America in the above-captioned matter.

2. On April 16, 2008, a Verified Complaint for Forfeiture In Rem was filed and initiated the above-captioned matter. The United States obtained warrants of arrest for seizure of the defendants, and seized $3,216,294.55 from Standard Chartered (China) Bank Limited ("SCB China") and $191,041.00 from Bank of China.

3. In October 2007, the United States had notice of the action published in the New York Law Journal in accordance with Supplemental Rule G of the Federal Rules of Civil Procedure. Ex. 1 (Process Receipt and Return by the USMS and copy of notice).

4. The United States entered into an agreement with SCB China under which the United States agreed to return $733,008.61 of funds seized from SCB China. A true and correct copy of the agreement, entitled "Stipulation for Compromise Settlement," is attached hereto as Exhibit 2.

5. The defaults of Swiss Development Corporation International Limited, Qinba International Limited, Yujun Zhao, and Genescience Pharmaceuticals Co. have been entered.

6. No other person or entity has filed a claim to the defendants or attempted to plead or otherwise defend the above-captioned action.

7. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendants to the United States of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

MILIND M. SHAH
Assistant United States Attorney