# EXHIBIT B (1)

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

RECEIVED

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

2007 OCT -4 PM 10:25

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 07-141S |
| DEFENDANT | TYPE OF PROCESS |
| All Funds on Deposit, et al. | Notice of Forfeiture |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ~~XXXXXXXXXXXXX~~ NEW YORK LAW JOURNAL
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Milind M. Shah, Assistant U.S. Attorney
United States Attorney's Office
Fleet Center 50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED 2007 DEC -3 A 8:57 U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

RECEIVED 2007 SEP 2? P 3:16 U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

COPY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold | Fold

Publish Notice of Forfeiture once a week for three consecutive weeks

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ✓ PLAINTIFF / DEFENDANT | 401/709-5000 | 9/21/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 070 | No. 054 | [signature] | 9/21/07 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ✓ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 11/28/07 Time ☐ am ☐ pm

[signature]

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 11/28/07 - Notice was published in the New York Law Journal on 10/12, 10/19 and 10/26/07. (copy attached)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
***County of New York,*** ss:

**MISCELLANEOUS**

**NOTICE OF FORFEITURE**

UNITED STATES DISTRICT COURT — FOR THE DISTRICT OF RHODE ISLAND—UNITED STATES OF AMERICA, Plaintiff, v. ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $109,350 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF [illegible] JILIN, CHINA IN

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 12th day of October, 2007.

TO WIT: OCTOBER 12, 19, 26, 2007

[signature] Cynthia Byrd

SWORN TO BEFORE ME, this 26th day
Of October, 2007.

[signature]

**Jennifer Hannafey**
**Notary Public, State of New York**
**No. 01ha6128042**
**Qualified in Richmond County**
**Commission Expires June 09, 2009**

ISLAND—UNITED STATES OF AMERICA, Plaintiff, v. ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK SHENZHEN, CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $109,350 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF GENESCIENCE PHARMACEUTICALS CO., LIMITED, Defendants.

C.A. NO. 07-0141S

Notice is hereby given that on April 16, 2007, the above-referenced forfeiture action was commenced against the following:

1. All funds on deposit in any and all U.S. interbank accounts maintained at the Standard Chartered Bank, New York branch by the Standard Chartered Bank, Shenzhen, China up to and including the amount of $3,120,186.55;

2. All funds on deposit in any and all U.S. interbank accounts maintained at the Standard Chartered Bank, New York branch by the Standard Chartered Bank, Shenzhen, China up to and including the amount of $96,108.00;

3. All funds on deposit in any and all U.S. interbank accounts maintained at the Bank of China, Jilin, China up to and including the amount of $81,691.00; and

4. All funds on deposit in any and all U.S. interbank accounts maintained at the Bank of China Ltd., New York branch by the Bank of China, Jilin, China up to and including the amount of $109,350.

Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to Michael P. Iannotti, Assistant U.S. Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 35 days of this date, and must file and answer to the complaint herein within 20 days thereafter.

Burton Stallwood

annexed has been published in the said N
JOURNAL in each week for 3 successive
on the 12th day of October, 2007.

TO WIT: OCTOBER 12, 19, 26, 2007

SWORN TO BEFORE ME, this 26th da
Of October, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009