UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 14 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $3,120,186.55 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF SWISS DEVELOPMENT CORPORATION INTERNATIONAL LIMITED,

C.A. NO. 07-0141S

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE STANDARD CHARTERED BANK NEW YORK BRANCH BY THE STANDARD CHARTERED BANK, SHENZHEN CHINA UP TO AND INCLUDING THE AMOUNT OF $96,108.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE STANDARD CHARTERED BANK, SHENZHEN, CHINA IN THE NAME OF QINBA INTERNATIONAL LIMITED,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $81,691.00 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE BANK OF CHINA, JILIN, CHINA IN THE NAME OF YUJUN ZHAO,

ALL FUNDS ON DEPOSIT IN ANY AND ALL U.S. INTERBANK ACCOUNTS MAINTAINED AT THE BANK OF CHINA LIMITED, NEW YORK BRANCH BY THE BANK OF CHINA, JILIN, CHINA UP TO AND INCLUDING THE AMOUNT OF $109,350 WHICH SUM REFLECTS THE AMOUNT OF CERTAIN FUNDS DEPOSITED INTO THE

BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

MOTION TO SEAL

The United States of America moves to have a document filed under seal. Yesterday, on May 14, 2008, the United States filed a Motion for Forfeiture of Property and Final Judgment. Attached to the motion were a number of exhibits. Exhibit B(2), an exhibit reflecting a settlement between the United States and Standard Chartered Bank (China) Limited, includes as an attachment the Declaration of Chow Hok Sun Danny. This Declaration reveals private information about bank account holders. Accordingly, the United States respectfully requests that the Court place Exhibit B(2) under seal and restrict access to Exhibit B(2) on the ECF system.

Respectfully submitted,
UNITED STATES OF AMERICA
By its Attorneys
ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000, 401/709-5017 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I filed the within Motion to Seal. A paper copy has been mailed to Counsel for Standard Chartered Bank (China) Limited, the only other counsel of record in this case, at Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903.

MILIND M. SHAH
Assistant United States Attorney