BANK OF CHINA, JILIN, CHINA IN THE )
NAME OF GENESCIENCE )
PHARMACEUTICALS CO., LIMITED )
)
Defendants )

ORDER

The defaults of Swiss Development Corporation International Limited, Qinba International Limited, Yujun Zhao, and Genescience Pharmaceuticals Co. having been entered; notice of forfeiture having been published as required under Supplemental Rule G of the Federal Rules of Civil Procedure; the United States having entered into a settlement agreement with Standard Chartered Bank (China) Limited, and no claim to defendants having been filed since defendants were seized;

It is hereby ORDERED, ADJUDGED, and DECREED that of the $3,407,335.55, the sum total of all defendants, seized in this matter,

(a) $2,674,326.94 is forfeited to plaintiff, the United States of America, and the United States Marshal is authorized and ordered to dispose of said sum according to law;

(b) $733,008.61 shall be returned to Standard Chartered Bank (China) Limited, and the United States Marshal is authorized and ordered to return these funds to the Bank.

BY ORDER:

Lauren Baldwell

ENTER:

WSmm

WILLIAM E. SMITH
United States District Judge

DATED: 6/3/08